■ LAPP EXPRESS CO., INC., Respondent, v. FRED SMITH et al., Appellants. HARRY J. WOLFF, Respondent, v. FRED SMITH et al., Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event on the ground that the verdicts of the jury are against the weight of the credible evidence. All concur.

(Appeal from a judgment of Monroe Trial Term, for plaintiffs in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.